IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 14 2004 ★
BROOKLYN OFFICE

```
RICHTER GEDEON VEGYESZETI GYAR RT.,  )
                                     )
              Plaintiff,             )
                                     )
       v.                            )   No. 01-CV-4531 (DLI)(VVP)
                                     )
GYMA LABORATORIES OF AMERICA, INC.   )
  et al.,                            )
                                     )
              Defendants.            )
```

### STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), Plaintiff Richter Gedeon Vegyészeti Gyár RT and Defendants Fermentaciones y Sintesis Espanolas, S.A., Ercros, S.A. and GYMA Laboratories of America, Inc., hereby stipulate and agree that the above action, including their respective claims and counterclaims, be dismissed with prejudice and without any award of costs or fees to any party. The parties intend for this Court to retain jurisdiction for purposes of any dispute arising out of a confidential Settlement Agreement between the parties.

Dated: 10/12/04

**FOR RICHTER GEDEON VEGYESZETI GYAR RT**

Richard G. Gervase (RG 2627)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
Telephone: 212/935-3000
Facsimile: 617/542-2241

and

By: _____
Howard J. Susser (pro hac vice)
Paul J. Hayes (pro hac vice)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
Telephone: 212/935-3000
Facsimile: 617/542-2241

SIGNATURES CONT'D

Dated: 10-5-04

FOR GYMA LABORATORIES OF AMERICA, INC.
and FERMENTACIONES Y SINTESIS
ESPANOLAS, S.A. AND ERCROS, S.A.

By: *(signature)*
Harvey B. Jacobson, Jr. (HJ 9413)
JACOBSON HOLMAN, PLLC
400 Seventh Street, N.W.
Washington, D.C.  20004
Telephone: 202/638-6666
Facsimile: 202/393-5350

IT IS SO ORDERED this 15th day of October 2004.

_____
United States District Judge
Brooklyn, NY

- 2 -